# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MERRICK BONNEAU**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND, GUY GINO, SCOTT GROSHONG, CHRISTOPHER DEVLIN, OFFICER CASTANEDA, MICHAEL JONES, TIMOTHY ROBINSON, and UNITED STATES**, <br><br> Defendants. | Case No. 3:18-cv-518-SI <br><br> **JUDGMENT** |

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 22nd day of February, 2022.

                                                         /s/ *Michael H. Simon* <br>
                                                         Michael H. Simon <br>
                                                         United States District Judge